# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 10-1896

_____

Terry Proctor,                                    *
                                                  *
              Appellant,                          *
                                                  *   Appeal from the United States
       v.                                         *   District Court for the Eastern
                                                  *   District of Arkansas.
Wendy Kelley, Deputy Director, ADC;               *
Larry D. Bowler, Dr.; Neema Suphan,               *   [UNPUBLISHED]
Dr., Maximum Security Unit, ADC;                  *
Bernadine Williams, Specialist;                   *
Juanita Stell, Medical Specialist, ADC;           *
Tim Mullins, Health Care                          *
Administrator, Maximum Security                   *
Unit, ADC; Shajuanna Burnett,                     *
Grievance Officer, Maximum Security               *
Unit, ADC,                                        *
                                                  *
              Appellees.                          *

_____

Submitted: September 7, 2010
Filed: September 9, 2010

_____

Before WOLLMAN, MELLOY, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

Arkansas inmate Terry Proctor appeals the district court's[1] adverse grant of summary judgment in his 42 U.S.C. § 1983 suit, in which he claimed deliberate indifference to his medical needs and denial of access to the courts. Having carefully reviewed the record de novo, see Franklin v. Local 2 of the Sheet Metal Workers Int'l Ass'n, 565 F.3d 508, 520 (8th Cir. 2009), we affirm on the basis of the district court's thorough opinion.

Accordingly, we affirm the judgment. See 8th Cir. R. 47B.

_____

---

[1]The Honorable J. Leon Holmes, Chief Judge, United States District Court for the Eastern District of Arkansas, adopting the report and recommendations of the Honorable Joe J. Volpe, United States Magistrate Judge for the Eastern District of Arkansas.